1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                    **EASTERN DISTRICT OF CALIFORNIA**

8

9    **ANDREW R. LOPEZ,**                    )       **1:04-cv-05529-AWI-SMS-HC**
                                             )
10          **Petitioner,**                  )       **ORDER DENYING CERTIFICATE OF**
                                             )       **APPEALABILITY**
11          v.                               )
                                             )       (Document #31)
12   **WARDEN SCRIBNER, et al.,**            )
                                             )
13          **Respondent.**                  )
                                             )
     _____)

14

15          Petitioner is a state prisoner who filed a Petition for Writ of Habeas Corpus

16   pursuant to 28 U.S.C. § 2254.   November 20, 2006, the court adopted the Magistrate Judge's

17   Findings and Recommendations and dismissed the petition for violating 28 U.S.C. § 2244(d)(1)'s

18   one year statute of limitations.

19          A prisoner seeking a writ of habeas corpus has no absolute entitlement to appeal

20   a district court's denial of his petition, and an appeal is only allowed in certain circumstances.

21   Miller-El v. Cockrell, 537 U.S. 322, 335-36 (2003).  The controlling statute is 28 U.S.C. § 2253,

22   which provides as follows:

23          (a) In a habeas corpus proceeding or a proceeding under section 2255 before a
            district judge, the final order shall be subject to review, on appeal, by the court of
24          appeals for the circuit in which the proceeding is held.
            (b) There shall be no right of appeal from a final order in a proceeding to test the
25          validity of a warrant to remove to another district or place for commitment or trial
            a person charged with a criminal offense against the United States, or to test the
26          validity of such person's detention pending removal proceedings.
            (c)(1) Unless a circuit justice or judge issues a certificate of appealability, an
27          appeal may not be taken to the court of appeals from–
            (A) the final order in a habeas corpus proceeding in which the detention
28          complained of arises out of process issued by a State court;  or

1          (B) the final order in a proceeding under section 2255.
2          (2) A certificate of appealability may issue under paragraph (1) only if the
           applicant has made a substantial showing of the denial of a constitutional right.
3          (3) The certificate of appealability under paragraph (1) shall indicate which
           specific issue or issues satisfy the showing required by paragraph (2).

4    If the court denies a Petitioner's petition, the court may only issue a certificate of appealability "if

5    jurists of reason could disagree with the district court's resolution of his constitutional claims or

6    that jurists could conclude the issues presented are adequate to deserve encouragement to

7    proceed further." Miller-El, 537 U.S. at 327;  Slack v. McDaniel, 529 U.S. 473, 484 (2000).

8    When the district court denies a habeas petition on procedural grounds without reaching the

9    prisoner's underlying constitutional claim, a certificate of appealability should issue, and an

10   appeal of the district court's order may be taken, if the petitioner shows, at least, that jurists of

11   reason would find it debatable whether the petition states a valid claim of the denial of a

12   constitutional right, and that jurists of reason would find it debatable whether the district court

13   was correct in its procedural ruling.   Slack v. McDaniel, 529 U.S. 473, 484-85 (2000).

14          In the present case, the court finds that reasonable jurists would not disagree with

15   the court's determination that Plaintiff's claims are barred by 28 U.S.C. § 2244(d)(1)'s one year

16   limitations period.   Given the long period of time during which Petitioner had no habeas corpus

17   pending, the court finds reasonable jurists would not disagree that Plaintiff is not entitled to

18   equitable tolling.  Accordingly, the court hereby ORDERS that Plaintiff's motion for a certificate

19   of appealability is DENIED.

21   IT IS SO ORDERED.

22   **Dated:    February 5, 2007**              **/s/ Anthony W. Ishii**
     0m8i78                          UNITED STATES DISTRICT JUDGE

2